Argued and submitted January 29, affirmed February 26, 1997

STATE OF OREGON,
*Appellant,*

*v.*

MARK ALLEN SCHOMMER,
*Respondent.*

(CR95-651; CA A92414)

933 P2d 973

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Hadley,* 146 Or App 166, 932 P2d 1194 (1997).